1   Pacific County Tea Party
2   P.O. Box 1105
3   Raymond WA 98577

_____ FILED      _____ ENTERED
_____ LODGED    _____ RECEIVED

JUN 16 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

4            UNITED STATES DISTRIC COURT FOR THE WESTERN
5                   DISTRICT OF WASHINGTON AT SEATTLE
6

7   Pacific County Tea Party                    )    U.S. cause no. CV20    97I-BAT
8                        Vs                      )    FEDERAL RICO CRIMINAL
9   Governor Jay Inslee, Seattle Mayor Jenney Durkin, )  COMPLAINT WITH DEMAND FOR
10  Seattle City Council Members, Attorney General  )   GRAND JURY CRIMINAL
11  Bob Ferguson, UW Law Professors Chaz Leaders    )   INVESTIGATION
12  1-1000 , Jane and John Does et all              )   18 USC sec. 1964 Filing
13  _____ )

14          Comes Now the undersigned Pacific County Tea Party members and files this Federal

15  RICO Racketeering and Organized Crimes Criminal complaint onto the following Individuals and

16  their Treasonous, Domestic Terrorist Supporters:

17          Make no mistake about it, this document places the following individuals on "NOTICE OF

18  THE CRIMINAL ACTIVITES THEY ARE ENGAUGED IN" and we are seeking immediate cease and

19  desist orders, forfeiture of all official bonds and removal from public office for all the public

20  officials involved.

21  TO: GOVERNOR JAY INSLEE

22  AND TO; ATTORNEY GENERAL ROBERT FERGUSON

23  AND TO; SEATTLE MAYOR JENNY DURKIN

24  AND TO; SEATTLE CITY COUNCIL MEMBERS 1-9

25  AND TO: UNIVERSITY OF WASHINGTON LAW PROFESSORS

26  AND TO; CHAZ DOMESTIC TERRORIST LEADERS AND THEIR SUPPORTERS 1-1000

27          We the undersigned swear under penalty of perjury the forgoing individuals and their

28  co- conspirators have engaged in the following criminal activity, and we are requesting a Grand

29  Jury of our peers as described in **28 U.S.C. section 1861 Declaration of Policy** to in investigate

30  and indict the foregoing for their involvement in the criminal activities identified below.

31  **18 U.S. Code CHAPTER 115— Treason, Sedition, and Subversive Activities;**

32   **18 US Code chapter 113B Terrorism;**

1   **18 U.S. Code chapter 11 Bribery, Graft and Conflicts of Interests;**

2   **18 U.S. Code chapter 13 Civil Rights, section 241, Conspiracy against rights, section 242**

3   **Deprivation of rights under color of law;,**

4   **18 U.S. Code chapter 19 Conspiracy to commit offense or to defraud United states;**

5   **18 U.S. Code chapter 95 Racketeering section 1951 Interference with commerce by threats or**

6   **violence, section 1602 Prohibited activities;**

7   **18 US Code section 3 Accessory After the fact;**

8   **18 US Code section 4 Misprision of Felony;**

9   **18 U.S. Code section 13 Laws of States adopted for areas within federal jurisdiction;**

10  **RCW Chapter 9.82 Treason;**

11  **RCW Chapter 9.81 Subversive Activities;**

12  **RCW 9.81.020 Subversive activities made felony—Penalty**

13  (1) It is a class B felony for any person knowingly and willfully to:

14  (a) Commit, attempt to commit, or aid in the commission of any act intended to overthrow,

15  destroy or alter, or to assist in the overthrow, destruction or alteration of, the constitutional form

16  of the government of the United States, or of the state of Washington or any political subdivision

17  of either of them, by revolution, force or violence; or

18  (b) Advocate, abet, advise, or teach by any means any person to commit, attempt to commit,

19  or assist in the commission of any such act under such circumstances as to constitute a clear and

20  present danger to the security of the United States, or of the state of Washington or of any

21  political subdivision of either of them; or

22  (c) Conspire with one or more persons to commit any such act; or

23  (d) Assist in the formation or participate in the management or to contribute to the support of

24  any subversive organization or foreign subversive organization knowing the organization to be a

25  subversive organization or a foreign subversive organization; or

26  **RCW 9A.28.040 Criminal conspiracy.**

27  (1) A person is guilty of criminal conspiracy when, with intent that conduct constituting a

28  crime be performed, he or she agrees with one or more persons to engage in or cause the

29  performance of such conduct, and any one of them takes a substantial step in pursuance of such

30  agreement.

1   (2) It shall not be a defense to criminal conspiracy that the person or persons with whom the

2   accused is alleged to have conspired:

3   (f) Is a law enforcement officer or other government agent who did not intend that a crime be

4   committed.

5   **RCW 9A.82.060 Leading organized crime.**

6   (1) A person commits the offense of leading organized crime by:

7   (b) Intentionally inciting or inducing others to engage in violence or intimidation with the

8   intent to further or promote the accomplishment of a pattern of criminal profiteering activity.

9   **RCW 9A.08.010 General requirements of culpability.**

10   **RCW 9A.08.020 Liability for conduct of another—Complicity.**

11   **RCW 9A.68.050 Trading in special influence.**

12   **RCW 29A.84.630  Influencing voter to withhold vote.**

13   **RCW 29A.84.620 Hindering or bribing voter.**

14   **RCW 29A.84.720 Officers—Violations generally.**

15   **RCW 9A.82.100  Remedies and procedures.**

16   **RCW 9A.68.030 Receiving or granting unlawful compensation.**

17   **RCW 9A.56.120 Extortion in the first degree.**

18   **RCW 42.20.100 Failure of duty by public officer a misdemeanor.**

19   **RCW 42.52.020 Activities incompatible with public duties.**

20   **RCW 42.52.070 Special privileges.**

21   **RCW 9A.76.050 Rendering criminal assistance—Definition of term.**

22   **RCW 9A.76.100 Compounding.**

23   We the undersigned claim the forgoing individuals are determined to overthrow our

24   constitutional form of government and force their communist form of government onto the

25   people, by replacing our Constitutional Law with Sharia law.

26   We stipulate that the following is true:

27   1.   Socialism is just a conman's sales pitch line for communism, and unless the public

28   officers engaged in forcing their so called socialism onto the people have denied to

29   accept public funds that exceed the minimum wage or poverty level, and have agreed to

1   waive all special privileges and immunities they are actually engaged in forcing

2   communism onto the people in the name of socialism.

3   2.  RCW 9.81.083 declares Communism a criminal organization.

4   3.  Our constitutional form of government provides for equal opportunities and equal

5   protection of our laws for every sovereign individual , while Sharia Law honors

6   "Nobility" and is conducive to communism whereas it allows all "Nobel persons" (public

7   officers)  the right to take advantage of the individuals that serve them: IE their

8   servants.

9                                   Criminal Allegations

10  Governor Jay Inslee:

11  1.  Inslee has violated the separation of powers by being a judicial officer holding office in

12  our executive branch, and while holding public office in both branches he has conspired

13  with others to force Sharia Law and communism onto the people of Washington State.

14  2.  Inslee has traded and is trading in special influence and used public funds and public

15  office for his personal interests.

16  3.  Inslee has joined the criminal conspiracy of the domestic terrorists that are engaged in

17  domestic terrorism and treason and have attempted to succeed Capitol Hill from our

18  union much like what the south did just prior to the civil war, if he and his co-

19  conspirators are not dealt with in a civil law abiding manner and brought to justice we

20  fear civil war will break out and many innocent lives will be lost again.

21  4.  Inslee has a history of interfering with our free elections and our republican form of

22  government and violated RCW 29A.84.720 Officers violations- generally. U.S. District

23  Court cause No. C20-5396RBL

24  5.  Through violating the separation of powers Inslee and his co-conspirators have

25  enhanced and protected their anti constitutional judicial fraud industry that sells

26  injustices to the highest bidders, which has enslaved all economically vulnerable

27  individuals and left the people with no equal opportunities and no equal justice.

28  6.  Through violating the separation of powers Inslee has influenced the members of the

29  Washington State Bar Association, including but not limited to, our judges and justices

1     to force Sharia Law and their judicial fraud industry onto the people of Washington

2     State.

3    7. Through violating the separation of powers Inslee and his co-conspirators have

4     enhanced their judicial fraud industry with the use of force, by joining the domestic

5     terrorist known as Chaz, and  in acting in omission to their acts of treason used them to

6     continue to force his and their communist agenda onto the people.

7    8. Inslee's acts of trading in special influence to enhance and protect his fellow judicial

8     officers judicial fraud industry, has placed our law enforcement officers at great

9     unnecessary risk, and caused mental and physical harm to them and others.

10   9. Since Inslee has continued to use the office of Governor of the State of Washington for

11     acts of treason and corruption he is a never Trumper, and opposes the Trump

12     administration attempts to drain the swamp of public corruption, as such he has joined

13     the criminal conspiracy of Chaz subversives activities, domestic terrorism and treason in

14     order to use his public office to interfere with our free elections and influence voters to

15     withhold votes for President Trump.

16   Attorney General Robert Ferguson

17   1. Ferguson is a supporter of Sharia law, the judicial fraud industry, and violating the

18     separation of powers to force Sharia law onto the people of Washington State in order

19     to protect and enhance his fellow Washington State Bar Association members' judicial

20     fraud industry that sells injustices to the highest bidders, enslaves economically

21     vulnerable individuals, and nullifies equal opportunities and equal protections of law.

22   2. Ferguson has a history of interfering with our free elections and our republican form of

23     government and violated RCW 9A.84.720 Officers violations- generally. U.S. District

24     Court cause No. C20-5396RBL

25   3. Ferguson has a history of interfering with our free elections and engaging in election

26     crimes, in order to force his communist agenda onto the people of Washington State.

27   4. Ferguson has continually used the Washington State Attorney General's office to

28     influence his fellow members of the Washington State Bar Association, including but not

1   limited to, our judges and justices to force Sharia Law and their judicial fraud industry

2   onto the people of Washington State.

3   5.   By acting in omission to their acts of domestic terrorism and treason Ferguson has

4   joined the criminal conspiracy of domestic terrorist known as Chaz.

5   6.   Ferguson's acts of trading in special influence to enhance and protect his fellow judicial

6   officers, judicial fraud industry, has placed our law enforcement officers at great

7   unnecessary risk, and caused mental and physical harm to them.

8   7.   Since Ferguson has continued to use the Washington State Attorney General's Office

9   for acts of treason and corruption he is a never Trumper, and opposes the Trump

10   Administration's attempts to drain the swamp of public corruption, as such he willfully

11   joined the criminal conspiracy of Chaz subversive activities, domestic terrorism and

12   treason in order to interfere with our free elections and influence voters to withhold

13   votes for President Trump, and engage in.

14   Seattle Mayor Jenny Durkin

15   1.   Durkin is violating the separation of powers by being a judicial officer holding office in

16   Seattle's executive branch, and while holding public office in both branches she has

17   conspired with others to force Sharia law and communism onto the people.

18   2.   Prior to holding office as Seattle's Mayor Durkin used her public position as U.S.

19   Attorney General for the state of Washington to engage in Sharia law and force Sharia

20   law onto the people of  Washington State.

21   3.   Durkin used her public position as U.S. Attorney General for the State of Washington to

22   influence her fellow members of the Washington State Bar Association, including but

23   not limited to, our judges and justices to force Sharia Law and their judicial fraud

24   industry onto the people of Washington state.

25   4.   Durkin has traded and is trading in special influence and used public funds and public

26   office for her personal interests.

27   5.   Durkin has joined the criminal conspiracy of the domestic terrorists that are engaged in

28   domestic terrorism and treason and have attempted to succeed Capitol Hill from our

29   union much like what the south did just prior to the civil war, if she and her co-

1    conspirators are not dealt with in a civil law abiding manner and brought to justice we
2    fear civil war will break out and many innocent lives will be lost again.

3    6.  Durkin and her co-conspirators have enhanced and are protecting their judicial fraud
4        industry with the use of force, by joining the domestic terrorist known as Chaz, in acting
5        in omission to their acts of treason used them to continue to force their communist
6        agenda onto the people of our state and country.

7    7.  Durkin's acts of trading in special influence to enhance and protect her fellow judicial
8        officers, judicial fraud industry, has placed our law enforcement officers at great
9        unnecessary risk, and caused mental and physical harm to them and others.

10   8.  Since Durkin has continued to use public offices for acts of treason and corruption she is
11       a never Trumper, and opposes the Trump administration attempts to drain the swamp
12       of public corruption, as such she has willfully publically admitted she has joined the
13       criminal conspiracy of Chaz subversives activities and is using her public office to
14       interfere with our free elections and influence voters to withhold votes for President
15       Trump, and engage in officers violations- generally, domestic terrorism  and treason.

16   Seattle City Council members Lisa Harbold, Tammy J. Morales, Kshama Sawant, Alex Pedersen,
17   Debona Juarez, Dan Strauss, Andrew J. Lewis Teresa Mosqueda and Lorena Gonzales

18   1.  Seattle City Council members have taxed businesses to death and are now desperate to
19       implement welfare programs in Seattle and force communism onto the people of
20       Seattle,  this state and our country, and in an attempt to pacify individuals, their
21       desperation has led them to engage in organized crimes and assist others engaged in
22       organized crimes.

23   2.  Seattle City Council members who are now desperate to force communism onto the
24       people are never Trumpers and are using their public offices to attack the Trump
25       Administration, and are Trading in special influence and influencing voters to not vote
26       for President Trump which includes the class "C" felony described in Officers violations-
27       generally.

28   3.  By acting in omission to them, and for the other reasons identified herein Seattle City
29       Council members joined the criminal conspiracy as described in RCW 9A.28.040 of the

1    domestic terrorists known as Chaz  who are engaging in acts of treason and subversive

2    activities.

3  University of Washington Law Professors

4    1.  UW Law Professors have instigated and supported the judicial fraud industry that denies

5        justice to all economically vulnerable individuals by attacking our morals, educating law

6        students in the arts of deception, deceit and Sharia Law, and in doing so have attacked

7        our constitutional form of government and justice that demands equal opportunities

8        and equal protections of law for all sovereign individuals.

9    2.   UW Law Professors have engaged in subversive activities in an attempt to force

10        communism and Sharia Law onto the people of Washington State so they can protect

11        the economic interests of their judicial fraud industry, that sells injustices to the highest

12        bidders and enslaves all economically vulnerable individuals, as such they are instigators

13        and supporters of overthrowing our constitutional form of government.

14                            Prayer For Relief

15        We the undersigned declare a state of emergency exists, whereas the taking of property

16  within the United States is a treasonous act that has historically resulted in civil war, therefore

17  this action should be expedited by the federal court to prevent possible bloodshed, and as such

18  we are requiring the defendants to respond in writing within 10 days of receiving their service.

19  Failure to make a written, lawful, adequate response will result in cease and desist orders,

20  forfeiture of all official bonds and immediate removal from office for the public officials

21  identified in this complaint.

22        As described in 18 U.S. Code chapter 115 and RCW chapter 82 Treason we the undersigned

23  also declare the public officials that have joined the CHAZ treasonous, domestic terrorist by

24  acting in omission, and other personal reasons should be the first ones to face the gallows

25  should anyone be killed in connection with the CHAZ actions.

26

27  Dated this _16th_ day of June 2020

28  _____

29                                    Political Prisoner James J. O'Hagan, by and for the

30                                    Pacific County Tea Party, all rights and protections

1   reserved.

2

3   Political Prisoner Rick Satcher, by and for the

4   Pacific County Tea Party, all rights and protections

5   reserved.

6

7   Political Supporter Dave Dunham, by and for the

8   Pacific County Tea Party, all rights and protections

9   reserved.

10

11   Political Supporter Robert Powers, by and for the

12   Pacific County Tea Party, all rights and protections

13   reserved.

14

15

16                    Certificate of Service

17        We the afore-signed swear we paid the King County Sherriff's office to serve true and

18   correct copies of this criminal complaint onto the forgoing identified individuals.

19

20   U.S. Attorney General William Barr      President Donald Trump            Joint Chiefs of Staff

21   950 Pennsylvania Ave. NW            1600 Pennsylvania Ave. NW        9999 Joint Staff Pentagon

22   Washington D.C.  20530-0001          Washington D.C. 20500          Washington D.C. 20318-9999

23

24   Washington State FBI, Senator Lindsay Graham,  Republican Party, Fox News

1   Pacific County Tea Party

2   P.O. Box 1105

3   Raymond WA 98577

4          UNITED STATES DISTRIC COURT FOR THE WESTERN

5              DISTRICT OF WASHINGTON AT SEATTLE

6

7   Pacific County Tea Party              )     U.S. cause no. CV20    971 BAT

8            Vs                       )

9   Governor Jay Inslee, Seattle Mayor Jenney Durkin, )    SUMMONS

10   Seattle City Council Members, Attorney General    )

11   Bob Ferguson, UW Law Professors, Chaz Leaders   )

12   1-1000, Jane and John Does et all            )

13   _____ )

14      TO: ROBERT FERGUSON, 1125 Washington St. SE Olympia  WA 98504.

15   GREETINGS: You have been named a party to the above identified action as described in the

16   Plaintiff's Complaint, a copy of which is served upon you with this summons.

17      In order to defend against this lawsuit, you must respond to this Summons by stating

18   your defense in writing, and by serving a copy upon the person signing this summons **within 10**

19   **Days** after the service of this summons, excluding the day of service, or a default judgment may

20   be entered against you without notice. A default judgment is one where the defendant is

21   entitled to whatever he or she asks for in damages because you have failed to respond.

22      If you wish to seek the advice of an attorney in this matter you should do so promptly,

23   so that your written response, if any may be served on time.

24

25   Dated this _16th_ day of June 2020

26

27                           Political Prisoner James J. O'Hagan, by and for the

28                           Pacific County Tea Party, all rights and protections

29                           reserved.

30

_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

JUN 16 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                 DEPUTY

_____ FILED          _____ ENTERED
_____ LODGED         _____

JUN 16 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY          WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

1   Pacific County Tea Party
2   P.O. Box 1105
3   Raymond WA 98577
4                    UNITED STATES DISTRIC COURT FOR THE WESTERN
5                         DISTRICT OF WASHINGTON AT SEATTLE
6
7   Pacific County Tea Party                    )          U.S. cause no. 20  971 BAT
8                        Vs                      )
9   Governor Jay Inslee, Seattle Mayor Jenney Durkin, )     SUMMONS
10  Seattle City Council Members, Attorney General )
11  Bob Ferguson, UW Law Professors, Chaz Leaders )
12  1-1000, Jane and John Does et all            )
13  _____ )
14          TO:  MAYOR JENNY DURKIN,  600 4TH Avenue 3rd Floor, Seattle  WA 98124-4728.
15  GREETINGS:  You have been named a party to the above identified action as described in the
16  Plaintiff's Complaint, a copy of which is served upon you with this summons.
17          In order to defend against this lawsuit, you must respond to this Summons by stating
18  your defense in writing, and by serving a copy upon the person signing this summons **within 10**
19  **Days** after the service of this summons, excluding the day of service, or a default judgment may
20  be entered against you without notice. A default judgment is one where the defendant is
21  entitled to whatever he or she asks for in damages because you have failed to respond.
22          If you wish to seek the advice of an attorney in this matter you should do so promptly,
23  so that your written response, if any may be served on time.
24
25  Dated this _____ day of June 2020
26
27                                              Political Prisoner James J. O'Hagan, by and for the
28                                              Pacific County Tea Party, all rights and protections
29                                              reserved.
30

_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

JUN 16 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

1   Pacific County Tea Party
2   P.O. Box 1105
3   Raymond WA 98577

4          UNITED STATES DISTRIC COURT FOR THE WESTERN
5                 DISTRICT OF WASHINGTON AT SEATTLE
6

7   Pacific County Tea Party                    )    U.S. cause no.  C V 20    9 7 1  B4
8                    Vs                          )
9   Governor Jay Inslee, Seattle Mayor Jenney Durkin, )  SUMMONS
10  Seattle City Council Members, Attorney General )
11  Bob Ferguson, UW Law Professors, Chaz Leaders )
12  1-1000, Jane and John Does et all             )
13  _____ )

14         TO:  GOVERNOR JAY INSLEE,  P.O. Box 4002 Olympia WA 98504-0002 ( State Capitol

15  Campus).

16  GREETINGS:  You have been named a party to the above identified action as described in the

17  Plaintiff's Complaint, a copy of which is served upon you with this summons.

18         In order to defend against this lawsuit, you must respond to this Summons by stating

19  your defense in writing, and by serving a copy upon the person signing this summons **within 10**

20  **Days** after the service of this summons, excluding the day of service, or a default judgment may

21  be entered against you without notice. A default judgment is one where the defendant is

22  entitled to whatever he or she asks for in damages because you have failed to respond.

23         If you wish to seek the advice of an attorney in this matter you should do so promptly,

24  so that your written response, if any may be served on time.

25

26  Dated this ___ day of June 2020

27         _____

28  Political Prisoner James J. O'Hagan, by and for the

29  Pacific County Tea Party, all rights and protections

30  reserved.

31

_____ FILED          _____ ENTERED
_____ LODGED     _____ RECEIVED

1     Pacific County Tea Party

JUN 16 2020

2     P.O. Box 1105

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

3     Raymond WA 98577                       BY _____ DEPUTY

4                  UNITED STATES DISTRIC COURT FOR THE WESTERN

5                      DISTRICT OF WASHINGTON AT SEATTLE

6

7     Pacific County Tea Party            )     U.S. cause no. CV20   971 BAT

8                 Vs                   )

9     Governor Jay Inslee, Seattle Mayor Jenney Durkin, )     SUMMONS

10    Seattle City Council Members, Attorney General    )

11    Bob Ferguson, UW Law Professors, Chaz Leaders   )

12    1-1000, Jane and John Does et all            )

13    _____)

14        TO:  SEATTLE CITY COUNCIL MEMBERS 1-9, KSHAMA SAWANT, LISA HABOLD, TAMMY J.

15    MORVLES, ALEX PEDERSEN, DEBONA JUAREZ, DAN STANUSS ANDREW J. LEWIS TERESA

16    MOSQUEDA, AND LORENA GONZALEZ,  600 4TH Avenue 3rd Floor, Seattle  WA 98124-4728.

17    GREETINGS:  You have been named a party to the above identified action as described in the

18    Plaintiff's Complaint, a copy of which is served upon you with this summons.

19        In order to defend against this lawsuit, you must respond to this Summons by stating

20    your defense in writing, and by serving a copy upon the person signing this summons **within 10**

21    **Days** after the service of this summons, excluding the day of service, or a default judgment may

22    be entered against you without notice. A default judgment is one where the defendant is

23    entitled to whatever he or she asks for in damages because you have failed to respond.

24        If you wish to seek the advice of an attorney in this matter you should do so promptly,

25    so that your written response, if any may be served on time.

26

27    Dated this ___ day of June 2020

28

29                                      Political Prisoner James J. O'Hagan, by and for the

30                                       Pacific County Tea Party, all rights and protections

31                                       reserved.

32

Rev. 3/2020

**UNITED STATES DISTRICT COURT**

WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
U.S. COURTHOUSE
700 STEWART ST., SUITE 2310
SEATTLE, WASHINGTON  98101



____ FILED
____ LODGED
____ RECEIVED

**JUN 16 2020**

AT SEATTLE
CLERK U.S. DORI CANDIS
WESTERN DISTRICT OF WASHINGTON
BY                         Chief Deputy

**WILLIAM M. MCCOOL**
**District Court Executive**
**Clerk of Court**

# FILING/PAYMENT FORM

**Date:** June 16th 2020

**Name:** Pacific County TEA Party

**Case Number** (if known): _____

**Email:** _____

**Phone:** 360 581 7261

**Address** (optional for mailing of receipt, return copies, etc.)

_P. O. Box 1105_

Address  _Raymond  WA,  98577_
City/State/Zip

## Reason for Transaction:

☑ New Case Filing

☑ Payment (Payment made out to US District Court or USDC; DO NOT LEAVE CASH)

☐ Filing Additional Documents

☐ Other: _____

_____

_____

_____

_____

_____

_____

CV20   971-BAT