UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC COUNTY TEA PARTY, et al.,

               Plaintiffs,

  v.

JAY INSLEE, et al.,

               Defendants.

CASE NO. 2:20-cv-00971-RAJ-BAT

**ORDER ON PLAINTIFFS' MOTION TO AMEND**

Before the Court is Plaintiffs' motion to amend. Dkt. 12. Under Fed.R.Civ.P. 15(a), a party may, as a matter of right, amend its complaint once before the filing of a "responsive pleading" or the entry of final judgment following dismissal of its action. *See* WRIGHT AND MILLER, FEDERAL PRACTICE AND PROCEDURE: CIVIL § 1483 (1971). Plaintiffs' original complaint has not yet been served.

Accordingly, it is **ORDERED** that Plaintiffs' motion to file an amended complaint (Dkt. 12) is **GRANTED**; Plaintiffs shall file their amended complaint within twenty (20) days of this Order.

DATED this 18th day of November, 2020.

                                                                                  BRIAN A. TSUCHIDA
                                                                                  Chief United States Magistrate Judge