```
___FILED    ┌──────┐
___LOGED    │ MAIL │
___RECEIVED └──────┘

      DEC 09 2020

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

Pacific County Tea Party                                    Hon. Richard A. Jones
2298 cranberry Rd                                           Mag. Brian A. Tschida
Grayland  WA 98577

UNITED STATES DISTRIC COURT FOR THE WESTERN
DISTRICT OF WASHINGTON AT SEATTLE

Pacific County Tea Party IE: The PRIVATE SECTOR   )   Cause no. 2:20-cv-00971-RAJ-BAT
                     Vs                           )   FIRST AMENDED COMPLAINT
VARIOUS DEEP STATE & FEDERAL OFFICALS AND         )
EMPLOYEES OF THE PUBLIC SECTOR                    )
Governor Jay Inslee, Seattle Mayor Jenney Durkin, )   BY DECLARATION OF POLITICAL
Seattle City Council Members, Attorney General    )   PRISIONER JAMES J. O'HAGAN
Bob Ferguson, UW Law Professors Chaz Leaders      )
1-1000 ,Secretary of State Kim Whyman, County     )
Auditors 1-39,  Jane and John Does et all         )
_____   )

COMES NOW THE PACIFIC COUNTY TEA PARTY AND SUBMITTS THE FOLLOWING COMPLAINT;

1. Breach Of Fiduciary Duty;  Overwhelming evidence will be provided to show all of the Deep State Defendants involved violated the following elements of our State and Federal Constitutional Trust Agreements. The Preamble to our United States and Washington State Constitutions, United States Constitution as described in Article I sections 6 Compensation, Privileges , Disabilities,  10 Restrictions Upon powers of States, Article II sections 1 Executive Power, Election , Qualifications Of The President, 3 Treason, Proof and Punishment, USC Article IV sections 1 Faith and Credit Among States, 2 Privileges and Immunities' , Fugitives, USC Article IV section 4 Guarantee of Republican Government, Amendment XIV section 3 Persons Disqualified From Holding Office,

Article VI Debts , Supremacy, Oath, Amendment I Freedom Of religion, OF Speech, and of The Press, Amendment II Right to Keep And Bear Arms, Amendment IV Security From Unwarrantable Search and Seizure, Amendment V Rights of Accused In Criminal Proceedings, Amendment VI Right to Speedy Trial, Witnesses, ETC. Amendment VII Trial By Jury In Civil Cases, Amendment VIII Bails, Fines, Punishments, Amendment IX Reservation of Rights Of The People, Amendment X Powers reserved To States Or People, Amendment XI Restriction of Judicial Powers, Amendment XII Election of President and Vice president, Amendment XIII section 1 Abolition of Slavery Amendment XIV sections 1 Citizenship Rights Not To Be Abridged By States, 2 Apportionment of Representatives In Congress, 3 Persons Disqualified From Holding Office, 4 What Public Debts Are Valid,  and our Washington State Constitution as described in WSC Article I sections 1 Political Power, 2 Supreme Law of the Land, 3, Personal Rights, 4 Right of Petition and Assemblage, 5 Freedom of Speech, 6 Oaths – Mode of Administering, 7 Invasion of Private Affairs or Home Prohibited, 8 Irrevocable Privilege , Franchise or Immunity Prohibited, 9 Rights of Accused, 10 Administration of Justice, 11 Religious Freedom, 12 Special Privileges and immunities Prohibited, 13, Habeas Corpus, 14 Excessive  Bail, Fines and Punishments, 15 Convictions, Effect of, 16 Eminent Domain, 17, Imprisonment for Debt, 18 Military power Limitation of, 19 freedom of Elections, 20, Bail When Authorized, 21 Trial by Jury, 22 Rights of Accused, 23, Bill of Attainder, Ex post Facto Law, Etc., 24 Right to Bear Arms, 25 Prosecution by Information, 26 Grand Jury, 27 Treason, Defined, Etc., 28 Hereditary Privileges Abolished,29 Constitution Mandatory, 30 rights Reserved  WSC Article II, Sections 14 Same, Federal Or other Office, 16  Privileges From Arrest, 17 Freedom Of Debate, 25 Extra Compensation Prohibited, 28 Special Legislation, 30 Bribery or Corrupt Solicitation, 35 Protection of employees, Article III sections 25 Qualifications, Compensation, Offices Which May be Abolished.

2. Nuisance; A nuisance that has attacked our domestic tranquility has been unlawfully created by habitude. This includes: (1) Violations to the separation of powers by members of the judicial branches;(2) The creation, protection and promoting of the

judicial fraud industry, that sells injustices to the highest bidders; (3) the creation of "Nobility" or the taking of the "prohibition" of providing special privileges and immunities to members of the public sector, and providing the King's subjects with the best employment; (4) The use of public funds for personal political purposes ( bribing voters) (5) The use of public offices for political purposes (using public offices to silence political opponents)  (6) Using media allies for political purposes (trading in special influence);(7) The unconstitutional taking of our lives, liberties and properties without just compensation (slavery), pessimistic destruction of industry  (8) Interfering with our free elections, including but not limited to voter fraud. In order to properly address these nuisances it will be necessary to conduct a Reoccurrence to our Fundamental Principals as described in WSC Article I section 32.

3. Fraud; The Deep State Defendants are fully aware they are involved in maintaining protecting and promoting the Judicial Fraud Industry the sells injustices to the highest bidders and victimizes all economically vulnerable individuals. The Deep State Defendants are maintaining protecting and promoting the Judicial fraud industry by allowing their members to violate the separation of powers and infiltrated our executive and legislative branches to establish laws to maintain protect and promote the judicial fraud industry and their oligarchy. The violation s of the separation of powers by judicial branch members created a situation where they were obligated to extend special privileges and immunities to all other state officers and employees, in order to protect their own illegal acts. The defrauding of the people by members of the judicial branches has created many fraud schemes including the taking of private properties for public uses, and are determined they are not going to submit to eminent domain protections.

4. Constructive Fraud; The Deep State Defendants targeted and used young naive individuals to enslave them without honestly explaining to them they are planning to subject them to involuntary servitude. The enactment Of Amendment XXVI section 1 Extending The Right to Vote To Citizens Eighteen Years of Age Or Older was a product of well entrenched deep state politicians (a Nazi Gestapo Tactic) determined to take advantage of the immaturity of today's youths.

5. Defamation; The Deep State Defendants conspired with powerful uncontrolled news media personnel to spread rumors, lies, deceit, deceptions, and defamation of characters in order to protect their economic interests in their deep state fraud industry.

6. Breach of Contract; The Deep State Defendants breached our constitutional trust agreements by engaging in schemes to take our constitutional protections from us and prevented free elections so we could address the problems with our society they have created and pursued out of greed and thirst for power. Some of the nuisances they devised and implemented over time are bribing voters with promises of social programs which is a bribe and a violation of law, that has been ignored out of habitude; Using their public offices for their own personal political purposes is also an illegal use of public funds.

7. Assumption of Duty; Governor Jay Inslee, Robert Ferguson, Mayor Jenny Durkin, the Seattle City Council members, and the Seattle City Police Force all violated their Assumption of Duty when they ignored their duty to protect the people in and around the Chaz Zone, their motivation to fail to exercise reasonable care was purely political and they used the situation to intimidate voters and wrongfully influence voters, exactly like the Nazi Gestapo Party of Germany did before they submitted the world to their terror.

8. Quantum Meruit –Unjust Enrichment; The Deep State Defendants and their accomplices used pessimistic threats and promises of social benefits to bribe voters knowing full well that (1) using public funds for political purposes is illegal and (2) the social benefits they promised (when the campaigned to get elected has completely destroy the economic viability of most of the urban areas of our Republic and will continue to destroy the rest of the areas.

9. Tortuous Interference; The Deep State Defendants and their accomplices have attacked our constitutional trust agreements to the point they are no longer valid and enforceable; (1) they have taken most of our personal and real properties in the name of taxes, levies, fees and fines without just compensation; (2) they have enslaved us in

order to increase and protect their own wealth, power and security; (3) they have provided special privileges and immunities to themselves and their accomplices in order to protect their own wealth, power and security. (4) They have converted our system of official bonding to public insurance schemes that provides special privileges and immunities to corrupt public officials and makes innocent taxpayers accountable for their wrongful acts (communist fraud schemes).

10. Undue influence; The County Auditors and the Secretary of the State of Washington all violated our guarantee of free elections by; (1) Allowing public officers and political candidates to threaten voters; (2) Allowing public officers and political candidates to use their public offices for their own political purposes; (3) Allowing public officers and political candidates to bribe voters;(4) Not taking reasonable care to insure illegal ballots would not be cast such as nor residents, illegal aliens, individuals casting multiple ballots for mentally incompetent individuals, deceased individuals and phantom individuals.

11. Intentional infliction of emotional distress; The Deep State Defendants all benefited by receiving economic gains, power and security from taking our constitutional protections from us.

12. Conspiracy; The conspiracy involved with the Deep State Defendants and their accomplices is not a new theory at all, it is an age old problem with deeply entrenched public officials involving greed, security and thirst for more power( "Nobility"). The conspiracy becomes far more complex as to how we have the ability to expose it, and disband it or break it up because it involves most of the members of the judicial branches as described in RCW 9A.28.040 (2f)[1] who are capitalizing on it and counting on

---

[1] **RCW 9A.28.040 Criminal conspiracy.** (1) A person is guilty of criminal conspiracy when, with intent that conduct constituting a crime be performed, he or she agrees with one or more persons to engage in or cause the performance of such conduct, and any one of them takes a substantial step in pursuance of such agreement. (2) It shall not be a defense to criminal conspiracy that the person or persons with whom the accused is alleged to have conspired: (a) Has not been prosecuted or convicted; or
(b) Has been convicted of a different offense; or
(c) Is not amenable to justice; or
(d) Has been acquitted; or
(e) Lacked the capacity to commit an offense; or
(f) Is a law enforcement officer or other government agent who did not intend that a crime be committed.

it to provide them with power, special privileges and immunities. In order to protect their special privileges and immunities the members of our judicial branches have turned blind eyes and deaf ears onto many of the criminal violations we have pointed out herein, such as RCW 29A.84.062 Hindering or Bribing Voters, RCW 29A.84.630 Influencing voter to withhold vote, RCW 9A.68.040 Trading in Public Office, RCW 9A.68.050 Trading in Special Influence, RCW 9A.68.030 Receiving or Granting Unlawful Compensation and RCW 29A.84.720 Officers – Violations Generally by engaging in threats, the silencing of political opponents, corrupt solicitation, bribery and allowing the casting of illegal ballots. As such many of the members of our judicial branches are either directly involved in the criminal conspiracy or complicit in it, by allowing a magnitude of attacks on our constitutional trust agreements. The practice of law by lawyers in the peoples' courts has shown us most of our law professors' are more concerned of teaching the tools of the judicial fraud industry trade such as the arts of deceit, deception and fraud than the fibers of moral turpitude. In order to protect their judicial fraud industry and the general defrauding of the private sector they are all in violation of the oath of offices. We contend the defendants will be compelled to provide evidence to the peoples' court to prove what they have (1) personally done to expose the judicial fraud industry for what it is, (2) to end the violations of the separation of powers by members of judicial branches who have infiltrated our legislative and executive branches to create and protect special privileges and immunities for their members and their accomplices, (3) to enforce violations to our constitutional trust agreements and (4) oaths of offices.

13. Negligence; The Deep State Defendants and their accomplices are all negligent in protecting our constitutional trust agreements, and following our laws, they are more concerned about defrauding us and providing themselves with economic gains, security, power, special privileges and immunities that protecting and enforcing our constitutional trust agreements.

14. Conversion; The Deep State Defendants devised schemes to deprive us of the right to enjoy the possession of our tangible property, in order to attempt to generate funding for them and their public employee accomplices monetary gains.

15. Assault; The Deep State Defendants determined to keep their public positions of employment assaulted me and my political supporters in an attempt to intimidate us and silence our political efforts to show how criminal they are to the general public. Their allies in the judicial branches who also held public office provided them special privileges and immunities in order to conceal their criminal acts from the general public so that they would be re-electable. These acts involved the criminal acts of Trading in Special Influence, Use of Public Offices for Political Purposes and wrongfully Influencing voters ("corrupt solicitation").

16. Specific Performance; The Deep State Defendants and their accomplices have denied us political power and free elections by engaging in the actions described herein Ie: (1) conspiring and organizing together to silence our political efforts by pursuing illegal criminal charges against us; (2) using public funds for political purposes by promising increasing social benefits(bribery); (3) they have taken most of our personal and real properties in the name of taxes and without just compensation; (4) they have enslaved us in order to increase and protect their own wealth, power and security; (5) they have provided special privileges and immunities to themselves and their accomplices in order to protect their own wealth, power and security; (6) Allowed public officers and political candidates to threaten voters; (7) Allowed public officers and political candidates to use their public offices for their own political purposes; (8) Allowed public officers and political candidates to bribe voters;(9) Did not take reasonable care to insure illegal ballots would not be cast such as non residents, illegal aliens, individuals casting multiple ballots for mentally incompetent individuals, deceased individuals and phantom individuals.

We reincorporate our original complaint into this amended complaint and reserve the right to amend up to and during trial.

REQUEST FOR RELIEF

1    Injunction, Preliminary: We seek a temporary injunction stopping the certification and entry
2    of the electoral collage vote in the State Of Washington until these matters are resolved and
3    our Secretary of State can prove the November 3rd 2020 election was an honest and fair
4    election free from criminal activity of political candidates and the casting of ballots. We also
5    seek a Preliminary Injunction ordering all Washington State Representatives to conduct a
6    reoccurrence to our fundamental principles, that includes evaluation all laws that were created
7    during violations to the separation of powers that provided for special privileges and
8    immunities and created any form of "Nobility" and preventing any Representative that has a
9    "conflict" to be involved in the evaluations as described in WSC Article II section 30 Bribery or
10   Corrupt Solicitation.

11   Injunction, Permanent; We seek permanent injunctions ceasing the illegal actions described
12   above that have wrongfully and illegally developed over habitude. We seek equal opportunities
13   and equal protections of law and that includes term limits for all public officers and employees,
14   and monetary compensation that does not place them on pedestals above average working
15   class individuals.

16   We seek monetary damages in an amount high enough to discourage these types of Deep
17   State Individuals from organizing and engaging in these kinds of attacks on our constitutional
18   form of government in the near distant future.

19                                      REQUEST FOR THREE JUDGE PANNEL
20   Since the issues we raise herein address serious allegations against the judicial branches we
21   respectfully request a three judge panel of judges that are not bias, or influenced or intimidated
22   by their BAR member counterparts and will evaluate our allegations as described in RCW
23   42.17.010 (2-6) and without malice as described in RCW 42.17.020 (1) Actual Malice.  We
24   respectfully request the Judge (and/ or) Judges involved express to us whether or not they are
25   accomplices of members of the judicial branches violating the separation of powers and
26   infiltrating our legislative and executive branches, and are going to take actions against us to
27   protect the powers derived therein.

28                                              JURY TRIAL DEMAND

1	We demand a Grand Jury Trial (investigation) to determine any and all of any contested
2	facts alleged herein.
3	Dated this ____ day of December, 2020

_____
Political Prisoner James J. O'Hagan, by and for the Pacific County Tea Party, all rights and protections reserved.

## Certificate of Service

I James J. O'Hagan swear I severed true and correct copies of this Amended Complaint onto the forgoing identified individuals.

| U.S. Attorney General William Barr | President Donald Trump | Joint Chiefs of Staff |
| 950 Pennsylvania Ave. NW | 1600 Pennsylvania Ave. NW | 9999 Joint Staff Pentagon |
| Washington D.C. 20530-0001 | Washington D.C. 20500 | Washington D.C. 20318-9999 |

Washington State FBI,

James J. O'Hagan
2298 Cranberry Road
Grayland, WA 98547

U.S. Court Clerk
700 Stewart St. Ste 2310
Seattle WA 98101



FILED
LODGED
RECEIVED

DEC 09 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

MAIL



1000

98101



U.S. POSTAGE PAID
FCM LG ENV
ABERDEEN, WA
98520
DEC 07 20
AMOUNT
$1.60
R2304P118625-10