| | |
|---|---|
| 1  Pacific County Tea Party | Hon. Richard A. Jones |
| 2  2298 Cranberry Rd | Mag. Brian A. Tschida |
| 3  Grayland WA 98577 | |

___ FILED
___ LODGED   MAIL
___ RECEIVED

APR 28 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                         DEPUTY

UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF WASHINGTON AT SEATTLE

Pacific County Tea Party            )   Cause no. 2:20-cv-00971-RAJ-BAT
                    Vs              )   DECLARATION OF DAVID DUNHAM
Governor Jay Inslee, et all         )   IN RESPONSE TO ATTORNEY
                                    )   GENERAL ROBERT FERGUSON AND
                                    )   GOVERNOR JAY INSLEE'S AGENT
                                    )
                                    )
_____)

I David Dunham swear under the penalty of perjury the following is true and correct to the best of my knowledge.

I am a member of the Pacific County Tea Party and I have read and approved James O'Hagan and Rick Satcher's response to Attorney General Robert Ferguson and Governor Jay Inslee's Agent's motion to dismiss this action.

I did not see a proper Notice of Hearing stating the time and place of the hearing Mr. Crisalli noted on his motion document. I am also aware there have been problems associated with the zoom hearing some courts have conducted and it violates the open public hearings clause, as such I believe the court should strike Mr. Crisalli's hearing and conduct an open public hearing in the people's court on Friday May 14th at 10:00 AM that allows members of the Pacific County Tea Party and court watchers to attend and comment on the hearing.

I believe the Covid 19 pandemic was designed to execute the voter frauds that occurred. It appears to me the County Auditors of Washington State did not take the time to properly

1  prepare for and examine the mail in ballots as such I stipulate illegal votes were cast and
2  illegally counted.

3  I am aware Judge Sullivan in Michigan entered a finding of facts and conclusion of law
4  that determined the Dominion voting machines error was as much as 60 % in the counting of
5  the votes in Michigan.

6  I am aware that a Judge in Arizona ordered recount of the voter ballots in Arizona
7  because of the counting problems associated with the Dominion voting machines.

8  I am aware the dominion voting machines were used in King County, Snohomish County
9  and Spokane County here in Washington State to count ballots.

10  I am not aware a proper jury was called to investigate Pacific County Tea Party's criminal
11  complaint against the voter fraud that took place here in Washington State and as such Robert
12  Ferguson and Jay Inslee violated RCW 29A.84.720 Officers – violations generally and doing so
13  directly engaged in the criminal conspiracy with others to execute the voter fraud / voter
14  crimes that occurred. In doing so Robert Ferguson and Jay Inslee engaged in criminal activity
15  associated with their offices, violated their oaths of office and have lawfully forfeited their
16  official bonds and offices.

17  In reading Mr. Crisialli's motion it is obvious to me members of the judicial branch of
18  Washington State have organized together to force their communist dictatorship onto the
19  people of Washington State in order to make all of them above the laws established to make
20  them accountable to the people of Washington State. As such they have denied us the
21  protection of the law described in RCW 29A.84.720 Officers- violations generally and RCW
22  36.27.020 Duties (9) and this court should deny their motion to dismiss them from this lawsuit,
23  follow the law and order the proper jury to investigate our election crimes complaint.
24  Dated this 26th day of April, 2021

*David Dunham*

David Dunham, by and for the Pacific County Tea Party, all rights and protections reserved.

P.O. Box 1005
Toledo
Washington

FILED
LODGED
RECEIVED

APR 28 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

MAIL

TACOMA WA 983
OLYMPIA WA
26 APR 2021 PM 2 L

District Court Clerk
700 Stewart St. Suite 2310
Seattle, Wa
98101

98101-449999