# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PACIFIC COUNTY TEA PARTY,

        Plaintiff,

v.

JAY INSLEE, et al.,

        Defendants.

CASE NO. 2:20-cv-00971-RAJ-BAT

**ORDER**

On April 29, 2021, Plaintiff Pacific County Tea Party filed a Notice of Hearing regarding the Motion to Dismiss of Defendants Bob Ferguson and Governor Jay Inslee. Dkt. 26. The Motion to Dismiss is noted for April 30, 2021. Dkt. 22. Plaintiff filed a response to the Motion to Dismiss on April 24, 2021. Dkt. 24.

Plaintiff contends that Defendants failed to include a notice of hearing and therefore, the hearing should be rescheduled for another date and time. Dkt. 26. The request is **denied**. Plaintiff is referred to Local Rule 7, which provide in pertinent part:

> All motions shall include in the caption (immediately below the title of the motion) the date the motion is to be noted for consideration upon the court's motion calendar. See LCR 7(d) for scheduling motions and briefing deadlines. The noting date is the date by which all briefing is complete and the matter is ready for the court's consideration, although the court may not issue a ruling on that day.

In addition, unless otherwise ordered, all motions are decided by the Court without oral argument and counsel and the parties shall not appear on the date the motion is noted unless

ORDER - 1

directed by the Court. *See* LCR 7(4).

DATED this 29th day of April, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER - 2