Pacific County Tea Party
2298 Cranberry Rd
Grayland WA 98577

Hon. Richard A. Jones
Mag. Brian A. Tschida

FILED ___ LODGED ___ RECEIVED ___ MAIL

MAY 06 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Pacific County Tea Party ) | Cause no. 2:20-cv-00971-RAJ-BAT |
| Vs ) | DECLARATION OF BRIAN EICKHOFF |
| Governor Jay Inslee, et all ) | IN RESPONSE TO ATTORNEY |
| ) | GENERAL ROBERT FERGUSON AND |
| ) | GOVERNOR JAY INSLEE'S AGENT |
| ) | |
| Brian Eickhoff ) | |

    I Brian Eickhoff swear under the penalty of perjury the following is true and correct to the best of my knowledge.

    I am a member of the Pacific County Tea Party and I have read and approved James O'Hagan and Rick Satcher's response to Attorney General Robert Ferguson and Governor Jay Inslee's Agent's motion to dismiss this action.

    I did not see a proper Notice of Hearing stating the time and place of the hearing Mr. Crisalli noted on his motion document. I am also aware there have been problems associated with the zoom hearing some courts have conducted and it violates the open public hearings clause, as such I believe the court should strike Mr. Crisalli's hearing and conduct an open public hearing in the people's court that allows members of the Pacific County Tea Party and court watchers to attend and comment on the hearing.

    I believe the Covid 19 pandemic was designed to execute the voter frauds that occurred. It appears to me the County Auditors of Washington State did not take the time to properly

prepare for and examine the mail in ballots as such I stipulate illegal votes were cast and illegally counted.

I am aware Judge Sullivan in Michigan entered a finding of facts and conclusion of law that determined the Dominion voting machines error was as much as 60 % in the counting of the votes in Michigan.

I am aware that a Judge in Arizona ordered recount of the voter ballots in Arizona because of the counting problems associated with the Dominion voting machines.

I am aware the dominion voting machines were used in King County Snohomish County and Spokane County here in Washington State to count ballots.

I am not aware a proper jury was called to investigate Pacific County Tea Party's criminal complaint against the voter fraud that took place here in Washington State and as such Robert Ferguson and Jay Inslee violated RCW 29A.84.720 Officers – violations generally and doing so directly engaged in the criminal conspiracy with others to execute the voter fraud / voter crimes that occurred. In doing so Robert Ferguson and Jay Inslee engaged in criminal activity associated with their offices, violated their oaths of office and need to forfeit their official bonds and offices.

I appears to me members of the judicial branch of Washington State have organized together to force their communist dictatorship onto the people of Washington State in order to make all of them above the laws established to make them accountable to the people of Washington State. As such they have denied us the protection of the law described in RCW 29A.84.720 Officers- violations generally and RCW 36.27.020 Duties (9) and this court should deny their motion to dismiss them from this lawsuit, follow the law and order the proper jury to investigate our election crimes complaint.

Dated this 30 day of April, 2021

Brian Eickhoff, by and for the Pacific County Tea Party, all rights and protections reserved.



EUGENE OR 974
3 MAY 2021 PM 4 L

FILED ___ LODGED ___ RECEIVED ___
MAY 06 2021
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

BEickhoFF
2254 Kelsey ST
RaymoND WA
98577

US District Court Clerk
700 Stewart St suite 2310
Seattle WA 98104-3188

98101-444297