1   Pacific County Tea Party

2   2298 Cranberry Rd

3   Grayland  WA 98577

4

5

6

7

8

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

**MAY 2 8 2021**   RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                     DEPUTY

Hon. Richard A. Jones

Mag. Brian A. Tschida

9   UNITED STATES DISTRICT COURT FOR THE WESTERN

10   DISTRICT OF WASHINGTON AT SEATTLE

11

12   Pacific County Tea Party                    )        Cause no. 2:20-cv-00971-RAJ-BAT

13                    Vs                         )        PACIFIC COUNTY TEA PARTY'S

14   Governor Jay Inslee, et all                 )        OBJECTIONS TO THE COURT

15                                               )        BY DECLARATION OF POLITICAL

16                                               )        PRISONER JAMES O'HAGAN

17   _____)

18

19          COMES NOW THE PACIFIC COUNTY TEA PARTY and Objects to the Magistrate Brian A.

20   Tschida's Report and Recommendations and the courts order of dismissal as follows:

21          I James J. O'Hagan swear under the penalty of perjury the following is true and correct

22   to the best of my knowledge. I was elected President of the Pacific County Tea Party, and

23   empowered to draft and submit this responses to this case by its members. I am not an

24   attorney and as such I do not represent the Pacific County Tea Party I write documents, make

25   suggestions and listen to, and respond to other suggestion of the Pacific County Tea Party's

26   membership.  We are a small group of individuals that are working together to represent

27   ourselves in these matters before the court as identified in **Federal Rules of Civil Procedure**

28   **Rule 17, 28 "Next Friend"  "A next friend is a person who represents someone who is unable**

29   **to tend to his or her own interest."**  and

30          **NAACP v. Button 371 US 415, ) :  United Mineworkers of America v. Gibbs, 383 US 715;**

31   **and Johnson v. Avery 89 S. Ct. 747 (1969) Members of groups who are competent nonlawyers**

1   <u>can assist other members of the group achieve the goals of the group in court without being</u>

2   <u>charged with "unauthorised practice of law".</u>

3     Our response to Magistrate Brian A. Tschida's instruction to hire an Attorney is:

4     Most of the active members of the Pacific County Tea Party are victims of fraud upon

5   the courts by officers of the courts, and /or political supporters of Political Prisoner James J.

6   O'Hagan, that involved fraud upon the court by officers of the court and election fraud crimes

7   within the State of Washington, as such we were individually and collectively damaged by the

8   judicial fraud industry. Magistrate Brian A. Tschida's Report and Recommendation that we hire

9   an attorney is an attempt to deny the judicial fraud industry exists and to conceal and protect

10   it, and as such is another direct attack on the integrity of the peoples' courts.

11     The essential ingredient of the Judicial Fraud Industry is "fraud upon the courts by

12   officers of the courts". "Fraud upon the courts by officers of the courts" is a serious problem

13   that has plagued and polluted the people's courts to the point it has ruined their creditability. I

14   will refer Your Honor to the Anti- Government Movement Guide book published by the

15   National Center for State Courts. This document is a public record that if we are given the

16   opportunity to present an evidentiary hearing (to offer and submit evidence to address these

17   m~~oral and~~ public nuisances that have attacked the integrity of our courts, all government

18   functions including our free elections) we will offer as evidence to support our arguments

19   regarding the judicial fraud industry before the court.

20     While Magistrate Brian A. Tschida briefly mentioned the Judicial Fraud Industry (page 2

21   line 1, page 4 line 3, Page 9 at line 18-20) He neither acknowledged its existence nor denied its

22   existence which is a substantial question of fact that is directly related to the integrity of the

23   courts and ultimately the integrity of all governmental functions.  I can assure Your Honor that a

24   local State Court Judge who is afraid to address the "Judicial Fraud Industry" because he is in

25   fear of losing his BAR license, acknowledged on the court's record to me and my political

26   supporters, the "judicial fraud industry" does exist.

27     Shortly after the Honorable Douglas O. Golez acknowledged the existence of the

28   "Judicial Fraud Industry" attorneys from Bob Ferguson's office and attorneys for the

29   Washington State Bar Association instructed him in a threatening voice that he will shut the

1   case and argument down and not proceed any further or there would be consequences.  In Mr.

2   Crisallie's document he submitted to this court he not only pretended and implied the judicial

3   fraud industry did not exist, he also belittled us for addressing it, by demanding we hire a

4   member of the Washington State Bar Association so that the entire argument would disappear

5   from the court records completely.

6          The "judicial fraud Industry" is a serious public nuisance[1] the courts are compounding

7   by silencing anyone who attempts to address it. The judges, who are supporting members of

8   the judicial branches that are violating the separation of powers and infiltrating our legislative

9   and executive branches to enact laws to enhance, protect and maintain the public nuisance of

10  the judicial fraud industry are maintaining and supporting both public nuisances.

11         We understand the harsh reality of the truth is more often than not, very difficult to

12  accept, and we are sorry for that, but it will not restore either the integrity of the judicial

13  branches or the integrity of the other branches of government by refusing to perform your legal

14  duty to investigate and remove these public nuisances. When a State court Judge is intimidated

15  by the Washington State Attorney General's Office and an attorney for the Washington State

16  Bar Association, then we assert there is not an attorney in the state who is willing to assert and

17  defend our arguments regarding the public nuisances created by the Judicial Fraud Industry.  So

18  If Your Honor can locate us an attorney that will follow our instruction and call a Grand Jury to

19  investigate the organized crime involved in the Judicial Fraud Industry as described in RCW

20  10.27.030 Summoning Grand Jury we will gladly hire them to represent us here, but good luck

21  with that.

22         We are also aware the courts found that members of groups like us can associate

23  together and represent the group Pro Se. We are also aware there is conflicting case law for

24  every argument and as such this gives judges the opportunity to pick and choose which case

---

[1] RCW 9.66.010 Public Nuisance,  A public nuisance is a crime against the order and economy of the state... Every act unlawfully done and every omission to perform a duty which act or omission... (4) shall in any way render a considerable number of persons insecure in life or the use of property : shall be a public nuisance.  RCW 9.66.020 Unequal damage, An act which affects a considerable number of persons in any of the ways specified in RCW 9.66.010 is not les a public nuisance because the extent of damage is unequal.  RCW 9.66.030 Maintaining or permitting nuisance, Every person who commit or maintain a public nuisance for which no special punishment is prescribed; or who shall omit or **refuse to perform any legal duty** relating to the removal of such nuisance; and every person who shall let or permit to be used **any building** or boat or portion thereof knowing that it is intended to be, or is being used for committing or maintaining and such nuisance shall be guilty of a misdemeanor.

1    and / or which arguments they will allowed to proceed which is an essential element of fraud

2    upon the courts by officers of the courts or as we refer to; the tactics of the leaders of the

3    organized crime involved in judicial fraud industry.

4         This brings us to my and Rick Satcher's prior judicial dealings involving Attorney General

5    Bob Ferguson.  When Attorney General Bob Ferguson filed the first prejudicial case against

6    President Donald Trump, both Rick Satcher and I intervened as damaged parties and alleged

7    Attorney General Robert Ferguson was using public funds and public facilities for political

8    purposes without proper authorization, and we were promptly thrown out of the case without

9    allowing us an evidentiary hearing to offer evidence, allow the defendants to object to it and

10   get it admitted into the record or to present our case. In Fact I believe Bob Ferguson filed eighty

11   two (82) Lawsuits against  the Trump Administration without ever consulting with the

12   legislative branch before he did, to see if they approved of the use of the public funds involved

13   and the use of the public facilities involved, which is a violation of RCW 42.17.128 Use of public

14   funds for political purposes,  & RCW 42.17.130 Use of public office or agency facilities in

15   campaigns- prohibitions – exceptions,  and we would like Your Honor to identify how many of

16   the 82 lawsuits Bob Ferguson's office filed against the Trump Administration you presided over,

17   in your finding of facts and conclusion of law that we may need, in case we decide to appeal

18   your decisions in this case. So if in fact if either Your Honor or Magistrate Brian A. Tschida

19   presided over many of the Ferguson vs. Donald Trump cases we are respectfully requesting that

20   you withdraw your findings and recommendations and decisions and withdraw from this case

21   to avoid the appearance of bias or malice. We are sure you are aware lawfully Mr. Crisallie's

22   denial of our allegations regarding denying the existence of the judicial fraud industry creates a

23   factual argument that is proper for a jury to determine.

24         Some of the members of the Pacific County Tea Party have decided to submit individual

25   supplemental declarations to Your Honor explaining how they have been individually damaged

26   by the Judicial Fraud Industry to satisfy Your Honor's Article III standing requirement concerns,

27   and show we have a creditable reason to be reluctant to hire members and participants of the

28   judicial fraud industry.

1    Magistrate Brian A. Tschida's assertion that we cannot do anything about the fact that

2    Secretary of State Kim Wyman filed a false certification with the 2016 and 2020 elections could

3    not be further from the truth, it is false and misleading, and a product of the judicial fraud

4    industry, whereas; There is no doubt if any party who brings legal action against her and her

5    accomplices is not forced to be subjected to legal decisions from Judges that support the

6    outcome of the 2016 and 2020 elections, Judges that actually rule according to the law instead

7    of following their personal desires (emotions), her and her accomplices will be removed from

8    office and future officers following in their positions will think twice about engaging actions to

9    force communist dictators onto the people and engage in criminal activity against the people .

10   Magistrate Brian A. Tschida's legal analogy "the ship has sailed" amounts to this; "We cannot

11   prosecute the murder, because the victim is dead". Everyone involved here knows our damages

12   occurred when she filed her false certification regarding the 2016 and 2020 elections.

13   Magistrate Brian A. Tschida has explained his desires very well in his Report and

14   Recommendation. He wants to enjoy absolute immunity even for bad faith decisions that

15   engage in subversive activities and forces communist dictatorships onto the people and in order

16   for him and Your Honor to have and hold absolute immunity you are aware that you had to get

17   rid of the Trump Administration and have to extend absolute immunity to all other public

18   officials, it is a you cover my back and I will cover your back situation that has polluted  both

19   judicial branches to the point they are completely out of control, out of touch with reality, lack

20   honesty, integrity and common sense and filled with malice and malicious actions as described

21   in RCW 42.17.020 (1) Actual malice. Do not pretend or imply to us that RCW 29A.84.720

22   Officers- violations generally, does not strip the secretary of state, the attorney general, the

23   governor, every prosecutor, and every judge in the State of Washington of absolute immunity

24   because both of you know as well as we do, it does.

25   That said they may be immune from the criminal prosecution of the class C felony

26   described therein but they are not immune from being forced to forfeit their offices, which

27   involves some of the relief we are seeking, "getting rid of the public officials that use their

28   offices for criminal activities against us". So this is exactly what it all comes down to you and

29   the incumbent deep state public officials are going to support every dictatorship that comes

1    down the pike, who is willing to provide you absolute immunity, and you are going to use your

2    public offices to attack every political candidate like President Trump, myself and our political

3    supporters who try to hold all public officials accountable for their actions, which is engaging in

4    subversive activities and a direct attack on our constitutional form of government, the political

5    power of the people, our free elections, and a form of forcing Shari law onto the people.

6           In the attorney for Attorney General Bob Ferguson's response, Mr. Crisallies argues we

7    threw stuff at the wall to see if it would stick in our complaint, yet the truth is Mr. Crisallie is the

8    one who threw fecal matter at the wall to see if it would stick whereas he never responded to

9    any of our accusations individually and made a generic response, which the courts have held is

10   not responsive to our complaint, and grounds for the court to grant us the relief we requested.

11          On page 1 beginning on line 16 of Magistrate Brian A. Tschida's Report and

12   Recommendation he acknowledged we filed a Federal RICO Criminal Complaint against the

13   defendants alleging "the defendants are attempting to overthrow our constitutional form of

14   government and force their communist form of government onto the people, by replacing our

15   Constitutional Law with Shari Law" and we also "raised concerns about "the Judicial Fraud

16   Industry", Election Interference and a criminal conspiracy of domestic terrorists known as

17   Chaz".

18          These are extremely serious allegations the court cannot take lightly whereas they

19   challenge the integrity of the courts themselves.  Magistrate Brian A. Tschida with full

20   knowledge the defendants neither denied these arguments, or admitted to these arguments,

21   joins the defendants argument that they do not have to respond to our official Federal Rico

22   Criminal Complaint or our 1st Amended Complaint in this case and act lawfully as described in

23   RCW 36.27.010 (9) and RCW 29A.84.720 because we did not perfect proper service in our civil

24   case against them, is in violation of RCW 4.04.010 "Extent to which common law prevails" and a

25   breach of justice in itself, whereas the reason we were forced to move forward with our civil

26   case was because they failed to lawfully respond to our criminal complaint even after we gave

27   them adequate notice of their unlawful failure to respond and acted in omission to it.  In the

28   interest of fairness and mistakes made in good faith an accusing party must give the opposing

29   party notice of their errors in judgment and give them ample opportunity to respond or correct

1    their bad faith errors in judgment. Instead of responding in any manner to the Tea Party's

2    Federal RICO Criminal Complaint and assertion the defendants violated RCW 36.27.010 (9) and

3    RCW 29A.84.720 they have completely ignored it, asserted court rules, asked the court to deny

4    our protections of law described therein, and filed 82 lawsuits against our President for trying

5    to get rid of corrupt public officials like Bob Ferguson.  Now the court is implying to us rules of

6    the courts trump all criminal codes regarding public officials conduct, which essentially amounts

7    to judges willfully joining criminal conspiracies as described in RCW 9A.28.040 Criminal

8    Conspiracy  (2) (f), and is a mode of operation to protect and force communist dictators onto

9    the people.

10         In an effort to harass, intimidate and silence victims, witnesses and informants

11   beginning on line 14 on page 3 Magistrate Brian A. Tschida states " On April 5, 2021, Mr.

12   O'Hagan responded to the email, and copied  over 50 other email addresses on his response."

13   We have news for all of you, we are through being harassed, threatened and intimidated by the

14   judicial fraud industry that has consumed our courts and corrupted all of our governmental

15   functions and since then we have met personally with thousands of individuals that also believe

16   the same assertions the Pacific County Tea Party has made, and they are getting ready to resist

17   the communist dictatorship that has overthrown the political will of the people. We have

18   informed them of this case and our efforts to resolve the situation in a civil manner and

19   informed them they are all victims, witnesses and informants to the corruption, organized

20   crimes and criminal activities involved and suggested that they use the documents in this case

21   for their defenses if they ever get arrested for protesting the corruption or redressing their

22   grievances.

23         Either together we are going to work towards restoring the integrity of the peoples'

24   courts and faith in government in a civil manner or we are going to expose and document how

25   corrupted the peoples' courts and our governments have become. There is not going to be two

26   ways about it, it is going to one or the other, whereas all of the excuses to provide immunity to

27   the defendants, Magistrate Brian A. Tschida identified in his Report and Recommendations

28   were not written into RCW 36.27.020 Duties (9) or RCW 29A.84.720Officers- violations

29   generally , it is as simple as that and if any of the judicial officers involved here believe any

1   different please show us the writing in these two laws dealing with providing immunity to the

2   defendants actions relating to these laws that we are presenting to the court, that we are

3   missing. The only lawful manner to proceed is to present our arguments regarding the election

4   violations to the proper jury to investigate and factually determine.  The court should not be

5   fighting us on addressing these public nuisances, instead the court should be focused on taking

6   action to protect and enhance the integrity of the courts and be asking how are we going to fix

7   the problems identified and raised. Making bad faith decisions to obstruct justice conceal public

8   nuisances designed to silence and remove the political power of the people does not protect

9   the integrity of the court it destroys it.  I am sure Magistrate Brian A. Tschida's knows his

10  recommendation that we limit our arguments and damages to how we were individually

11  damaged is a legal strategy he developed for the defendants to attempt to provide them with

12  special privileges and immunities to RCW 36.27.020 Duties (9) and RCW 29A.84.720 offices –

13  violations generally.

14          We are the only ones involved in these matters that have actually acted in good faith,

15  whereas the judges involved are aware the defendants have not admitted to our 16 sixteen

16  causes of action or denied them, (page 16 line 9) but instead Magistrate Brian A. Tschida went

17  on to make arguments for the defendants regarding many of our causes of actions. We hope

18  everyone understands how bias unfair and acting in bad faith this is" as we are not being forced

19  to respond to the defendants answer to our causes of actions because **there is not one**, we are

20  being forced to respond to Magistrate Brian A. Tschida's arguments for the defendants". We

21  assert in good faith that in reality the defendants were required to answer the individual

22  actions identified in our complaint not Magistrate Brian A. Tschida. So we all know the cat and

23  mouse games of the judicial fraud industry have already begun and since the members of the

24  deep state are the cats toying with us mice we are all instantly made into the defendants

25  without an ounce of creditability.

26          Overthrowing our Constitutional form of government and forcing their communist form of

27          government onto the people by replacing our Constitutional Law with Shari Law. (page 1

28          line 20)

1.  Our Constitutional form of government is designed to provide equal protections of law
    and equal opportunities to everyone and as such prevents "Nobility" of any kind, while
    on the other hand Shari law is designed to benefit and protect "Nobility" and as such
    provides special privileges and immunity to ruling class Nobles and denies equal
    protections of law and equal opportunities to servants. As identified in RCW 42.17.010
    Declaration of policy, our constitution was established to hold all government officials
    beholden to the individual sovereign citizen, in Shari law all servants are beholden to the
    Ruling Class. Anyone who reads Magistrate Brian A. Tschida's Report and
    Recommendation can see it is in violation of the intent involved in RCW 42.17.010
    Declaration of policy, RCW 36.27.020 Duties (9) & RCW 29A.84.720 Officers – violations
    generally, and another judicial exercise to force Shari Law onto the sovereign individuals
    of the Pacific County Tea Party, it is Trading in Special Influence as described in RCW
    9A.68.050 Trading in special influence, it involves many acts of omission as described in
    RCW 9A.04.110 Definitions (14) of our criminal code, it involves filing a false report as
    described in RCW 42.20.040 False Report, It involves Prohibited acts as described in
    RCW 42.23.070 Prohibited acts (1)   It is a failure of duty as described in and RCW
    42.20.100 Failure of duty by public officer a misdemeanor, it involves actual malice as
    described in RCW 42.17.020 (1) Actual malice and it is maintaining and permitting a
    public nuisance as described afore herein.

2.  "Creditability involving Magistrate Brian A. Tschida's assumption we did not serve the
    defendants with a signed copy of our complaint".  Please see exhibit 1 declaration of
    process server Joanna D. McKenzie regarding serving the defendants with signed copies
    of our complaint. Instead of making the assumptions (pages 2, 3, 5 & 8) we did not serve
    the defendants with signed copies of our complaint he should have given us a little
    creditability and asked us to address the issue.  You can either thank the defendants for
    making your creditability, Magistrate Brian A. Tschida, (and theirs) zero, or get angry
    with us for pointing out modes of operation of the judicial fraud industry the choice is
    yours to properly address and properly correct.

3. "Implied improper service as we understand the vague assertions". "Service by mail improper, defendants were not served by personal service". Please see portion of exhibit 2, Declaration of James J. O'Hagan where he was summoned into the fraudulent criminal proceedings, by members of the judicial branch, that turned him into a political prisoner by regular U.S. Mail. Just so everyone understands what is going on here; Political prisoner James O'Hagan was summoned and served in to criminal proceedings buy regular U.S. mail and when he (I) made the argument of improper service the courts ignored it. Now despite the fact all of the defendants were aware of this, (we wrote an elections crimes complaint and sent it to Inslee, Ferguson, Wyman and every prosecutor in the state and they all violated RCW 36.27.020 Duties (9) & RCW 29A.84.720 Officers – violations generally and acted in omission to it.) and Attorney General Bob Ferguson had posted publically that his office was accepting service by mail because of the covid pandemic, his attorney along with Magistrate Brian A. Tschida made the argument service by mail was not personal service and improper service. Understand this substantial fact; "Attorney General Bob Ferguson's office was fully aware that I was improperly served into the lawsuit that turned me into a political prisoner and not only damaged me but also damaged my political supporters and now he and his office make the same identical improper service arguments, which essentially amounts to; "we (the ruling class {cats}) are entitled to all of the protections of law and they (the servants {mice}) are not entitled to any protections of law. Changing the rules of the games as they proceed to suite the ruling class (cats) and take advantage of the servants (mice) is another mode of operation of the judicial fraud industry and is practicing Shari Law.

4. Another argument they made regarded the "timing of service". Again when I was improperly summoned into the criminal proceedings that turned me into a political prisoner I also argued the timing of the service was improper whereas; in **"Lanta"** the courts held the filing of criminal charges on a political candidate within 7 days of Election Day was a violation of his or her first amendment rights, and the state court completely ignored the argument exactly like they ignored all of my defensive arguments. Here again Attorney General Bob Ferguson's office is fully aware I was

1    denied the protection of law regarding timing of service and with full knowledge of this
2    they asked for the protection of law regarding timing of service to be provided to them
3    and Magistrate Brian A. Tschida provided it to them without questioning it. Now
4    Magistrate Brian A. Tschida and Judge Jones are fully aware the equal protection of law
5    regarding all of the defendants' improper service arguments has not been provided, and
6    lawfully they cannot continue with the court's dismissal on those grounds without
7    addressing and correcting the inequality involved, or they are in violation of their oaths
8    of office and are practicing Shari Law.   **Appling v. State Farm Mutual Auto Ins. Co., 340**
9    **F. 3d 769, 780  (9ᵗʰ Cir. 2003) ( quoting United States v. Beggerly, 524  U.S. 38, 46**
10   **(1998) ).  The ninth Circuit has adopted the definition of "fraud upon the court"**
11   **provided by Professor Moore: " "Fraud upon the court" should , we believe, embrace**
12   **only that species of fraud which does or attempts to, defile  the court itself, or is a**
13   **fraud perpetrated by officers of the court so that the judicial machinery cannot**
14   **perform in the usual manner its impartial task of adjudging cases that are presented**
15   **for adjudication. "**
16  5.  Sixteen causes of actions asserted Page 4 line 3 Report & Recommendation: As asserted
17      the defendants never responded to our sixteen causes of action as such they never
18      denied them or admitted them, so until they actually individually deny them or admit to
19      them we will not complicate or confuse these matters further. We stipulate the
20      defendants' attorney, Magistrate Brian A. Tschida and Your Honor are well trained in
21      the arts of deceit and deception and as such know how to use creative writing skills to
22      shift focus away from the substantial issues to avoid addressing them, which all are
23      modes of operandi the judicial fraud industry uses to defeat justice.
24  6.  Nazi Gestapo Tactics (page 4 line 7) We stipulate the peoples' courts and the Attorney
25      General's Office was established and funded by the people in connection with their
26      constitutional trust agreements. As such they were established to hold all public officials
27      accountable to the people, and they were not established to protect the power of any
28      current public official or ruling class.  Neither the Attorney General's Office nor the
29      Courts were established to be used as tools to silence political opponents to current

1    public officials or the ruling class which is exactly what the courts did in connection with

2    the criminal charges members of the judicial branch of Washington State brought

3    against me and my political supporters when they filed criminal charges against us

4    without ever having a criminal complaint submitted by a victim or a probable cause

5    statement filed by and law enforcement officer. In connection with using the peoples

6    courts to execute election crimes, members of the judicial branch of Washington state

7    colluded with local newspaper personnel to use the power of the news media to rig the

8    outcome of the 2016 election against me and my political supporters, which are the

9    same tactics the Nazi Gestapo party used to place Hitler into power. Incumbent public

10   officials and never Trumper's want zero accountability, they want to be able to trade in

11   special influences and not be held accountable for their actions. The filing of his 82

12   lawsuits against President Trump is evidence that Bob Ferguson's office is filled with

13   loyal "Never Trumper's" that have a history of Trading In Special Influences with the

14   media and engaging in efforts to prevent accountability and silence political efforts to

15   clean up our judicial branches. Please see exhibits 3 , 4 & 5 declarations of James J.

16   O'Hagan,  Rick Satcher and David Dunham. Bob Fergusons actions go far beyond the

17   "decision to prosecute" and engages in bad faith decisions to engage in subversive

18   activities, knowing full well he will argue absolute immunity, and as such all of it is

19   premeditated, planed, organized crimes.

20   7.  Magistrate Brian A. Tschida's Report and Recommendation omits mentioning our

21       violations to the separation of powers argument where members of the judicial

22       branches infiltrated our legislative and executive and enacted laws to protect and

23       enhance the judicial fraud industry, then utilizes these rules to prevent us from

24       providing evidence to a jury to prove our allegations which is an obstruction of justice

25       and a criminal act of omission as described in our criminal code in RCW 9A.04.110

26       Definitions (14).

27   8.  After I lost my 2016 election by less than 5000 votes (despite the fact the prosecutors

28       worked in collusion with the media to make sure my picture and the theft charges were

29       pasted on all of the front pages of the newspapers in our district) I / we approached the

1   Pacific County auditor and asked her personally about mentally incompetent person's

2   deceased people, felons, illegal aliens and non residents casting votes. Thereupon we

3   had a discussion involving mentally handicapped persons living in nursing homes and

4   having a situation where the nursing home owners, directors and or managers could be

5   casting multiple votes by voting their incapacitated patients ballots. She then informed

6   me that she suspected I had a valid argument but she had no way of knowing or proving

7   that had happened. I then asked her if she had ever contacted social services and asked

8   for the names of the people receiving benefits for being mentally incapacitated, and she

9   informed me she had not, and suggested medical privileges may prevent her from

10  acquiring that documentation. It is important the court is aware of what happed to

11  Harvey Daniels. Harvey Daniels was taken away from his family by a Judge in Lewis

12  county and placed in the custody of a guardian ad litem who placed him in a

13  convalescent home where he died and was buried without a death certificate. Three

14  years after he was dead and buried a friend of mine and his, Donald Wells, saw Harvey's

15  tombstone in the local graveyard and asked the custodian of the graveyard about his

16  death as he had not saw any mention of it in the obituaries. When the custodian of the

17  graveyard could not produce Harvey's death certificate Don went to the Department of

18  Vita Statics to get a copy of it, thereupon discovering Harvey Daniels was not legally

19  dead as there was not a death certificate for him. Shortly thereafter the Dept. of Vital

20  Statics created a death certificate for Harvey Daniels three years after he had died. After

21  discussing the situation with me and others we suggested to Don that he go to the social

22  security office to see if Harvey Daniels had been receiving Social Security checks after his

23  demise. He had which they promptly put a stop to. We now have no reason to believe

24  he was not mailed voter ballots after his demise because it was carefully concealed

25  between the guardian ad lidem and the convalescent home owners and /or operators.

26  Now we would like to know exactly how many other people who died in convalescent

27  homes were buried and/or cremated without death certificates and continued to

28  receive social security checks and voted in the 2016 and 2020 elections. This situation

29  creates a very serious problem whereas convalescent homes owners and operators are

1    dependent upon social programs and if placed in a situation where they are
2    unaccountable, they have the real ability to cast multiple votes per person, which is
3    illegal, and a direct attack on our free elections.  She also informed us she had no way of
4    actually knowing if deceased individuals like Harvey Daniels, felons, illegal aliens and
5    non residents' casted votes. Both Rick Satcher and I informed her we were felons who
6    received voter ballots.  Our county is not very different than most counties in the state
7    where we have many baby boomers now in convalescent homes, which is a significant
8    amount of our population. In an effort to see if the Secretary of State was aware of
9    these problems I sent her a PDR and asked her to identify how many mentally
10   incompetent people, deceased people, felons, illegal aliens and non residents actually
11   casted votes. Her answer was unresponsive and avoided answering my requests. I have
12   attached her answer hereto as exhibit 5.  Now we want to know how many guardian ad
13   litems, convalescent home owners and operators casted multiple votes and how many
14   felons, illegal aliens and nonresidents' casted votes, and the only lawful way to
15   accomplish this in Washington State is to allow the proper jury with the power of
16   subpoena to investigate it.  Please do not continue to attempt to prevent, hinder or
17   delay the execution of RCW 36.27.020 Duties (9) and RCW 29A.84.720 Officers –
18   violations generally as it is described as a Seditious Conspiracy in 18 USC section 2384.
19   9.   Here in Washington State we were required to identify if we were either republican or
20        democrat on our ballot before we cast our vote, which is not only a form of interfering
21        with our free elections but also a manner in which our votes can be classified in a
22        manner they can be easily manipulated with pubic employees counting ballots or voting
23        machines.  We claim this is unconstitutional and an interference with our free elections.
24   10. On page 10 Magistrate Brian A. Tschida argues Mootness for the defendants and sites
25        several case in other states where people also alleging election crimes occurred in their
26        states, yet he does not disclose to us if their laws required that the proper jury
27        investigate the election crime allegations nor does he disclose to us if their arguments
28        involving election crime allegations are similar to ours. We stipulate our laws regarding
29        investigating election crimes complaints are specific to our State of Washington and

1   require a proper jury investigates them and determines the facts RCW 36.27.020 Duties

2   (9) & RCW 29A.84.720 Officers – violations generally.  Now if Magistrate Brian A. Tschida

3   would be so kind to act without malice and provide us copies of the results of all of the

4   Grand Jury investigations regarding the election crime complaints from all of the cases

5   he cited we will see what actually occurred. We contend the cases he cited are attempts

6   by the current incumbent members of the judicial branches to take the political power

7   away from the people and place it in the hands of the current incumbent members of

8   the judicial branches. We presume he cannot overcome this argument because if he

9   could've he would've, and that our election crime arguments are more refined, and

10  better documented with reoccurring cases of election crimes here in Washington state

11  and actual evidence of the incumbent ruling class using public funds for their personal

12  political purposes, soliciting assistance from the media and trading in special influence,

13  using brown shirts to intimidate voters, forcing voters to identify with a particular

14  political party, and involved false reports and false certifications as to how many legal

15  votes were cast.

16  11. The covid pandemic was exaggerated to control the outcome of the 2020 election, and

17      mainstream news media personnel who had money to gain supported it and engaged in

18      relentless attacks on President Trump. The reason main stream media owners and

19      operators engaged in relentless attacks on President Trump is because he was driving

20      down our National debt that is held by the private corporation called the Federal

21      Reserve and these billionaires like Bill Gates, Zuckenberg and Sorros are large stock

22      holders in the Federal Reserve Corp. and as such receive dividends from our National

23      Debt as such they were highly motivated to get rid of President Trump and get the

24      Bidden Administration in place so they could increase the national debt and their

25      interest dividends. All of it involved deceit, deception fraud and amounted to treason

26      against the taxpayers of our republic.  Without the power of subpoena of a Grand Jury

27      investigation these traitors will escape justice. The covid pandemic and the motivation

28      behind it is a public nuisance that needs to be addressed and abated.

12. In an effort to conceal the fraud involved in his analogy here Magistrate Brian A. Tschida implies we are asking for the same relief which cannot be further from the truth and another product of the judicial fraud industry. The actual truth is we are asserting we were not provided the protection of law described in RCW 36.27.020 Duties (9) & RCW 29A.84.720 Officers – violations generally, when these officer received our criminal complaint and as such these officers forfeited their office and we are asking a jury to determine if they should be removed from office, and every member of the incumbent ruling class is continually engaging in more and more criminal activities to prevent a jury from determining this. Page 11 line 16 Magistrate Brian A. Tschida sets forth his fraudulent example of negligence and implies we did not provide evidence of it, and he omits mentioning RCW 36.27.020 Duties (9) & RCW 29A.84.720 Officers – violations generally and the ramifications if these (defendants) officers act in omission to our criminal complaints. If acting in omission to our criminal complaints regarding the election crimes that took place is not criminal negligence nothing is. His assertion we did not allege any conduct constituting a breach of duty is fraud upon the peoples' courts by officers of the courts. It is a plague that has attacked the integrity of the peoples' courts that members of the Pacific County Tea Party were kidnapped, assaulted and incarcerated for, when they attempted to politically address it.  All of it is Nazi Gestapo tactics instilled by members of the judicial branches violating the separation of powers and infiltrating our legislative and executive branches and lifelong deep state incumbent politicians that are refusing to give up their offices, and are using the media, brown shirts and the peoples' courts to silence their political opponents.  Please see declarations of James O'Hagan, Rick Satcher and David Dunham.

13. Both Judge Jones and Magistrate Brian A. Tschida are aware we never forfeited our political power to them, and they were never provided authority to control the political power of the people yet here they are engaging in actions to prevent the fourth branch of government the people in the form of a Grand jury from investigating the election crimes we reported to them. This is fraud and the mode of operation of the judicial fraud industry, preventing litigants from reaching juries of the people, and preventing

1     the juries from seeing evidence related to the whole truth, by limiting arguments. The

2     sad thing is there are good judges out there, who try to answer to justice, but every time

3     they do not cater to the judicial fraud industry, they are blackballed, and every crooked

4     judge that shows they are going to support the judicial fraud industry are never

5     politically challenged and are promoted up to the appellate courts and higher.

6     14. On page 9 line 20 Magistrate Brian A. Tschida acknowledges our argument that we have

7     been taxed without just compensation, yet he refuses to acknowledge the fact the

8     peoples' courts have been stolen from the people who paid in taxes to have them built,

9     because he is an active member of the judicial fraud industry . He also refuses to

10     acknowledge the peoples' taxes have been used to train individuals how to be active

11     members of the judicial fraud industry by law professors who were paid by taxpayers.

12     An honest and fair reading of our declarations and an honest evaluation of our evidence

13     shows what we got for being lifelong taxpayers and maintaining the peoples' courts. Our

14     evidence proves without a doubt we were subjected to judges that are leading the

15     organized crimes involved in the judicial fraud industry, and every time we pointed out

16     their criminal activity we were fined, sanctioned penalized by having our real and

17     tangible property stolen from us and eventually imprisoned by the leaders and

18     accomplices of the organized crime involved. Please don't even attempt to imply our

19     taxes were not taken without just compensation, as we know it as well as you do your

20     accusations involve criminal fraud. Fraud upon the courts by officers of the courts is not

21     isolated instances any more, it has become routine business for the judicial fraud

22     industry and please do not insult our inelegance by pretending it does not exist and it is

23     not a serious problem that has become one of the most serious public nuisances that is

24     plaguing our society. Your failure to address these nuisances are considered

25     misdemeanor crimes as described in RCW 9.66.010 Public Nuisance, RCW 9.66.030

26     Maintaining or permitting nuisance, RCW 9.66.040 Abatement of nuisance, RCW

27     9.66.020 Unequal damage,  but according to your accusations that you have absolute

28     immunity, you do not have to act lawful or in good faith, or in good behavior anymore

29     because you and your accomplices in the judicial branches have violated the separation

1   of powers and infiltrated our legislative and executive branches, have perfected the

2   judicial fraud industry that has stolen the people's courts and justice from them. Hooray

3   for you, You have reached "Nobility" sad for us though, you and your accomplices have

4   managed to turn us from sovereign individuals empowered to watch over you, into your

5   servants and slaves.

6   15. In the future we request that the judges involved refrain from engaging in the tactics of

7   the judicial fraud industry and if you cite any case law you also cite and refer to all case

8   law that conflicts with the case law you cite in support of your decisions as we are aware

9   there is conflicting case law in almost every, if not every situation. We also request that

10   you refer to each and every law we have asserted has been violated and cite only case

11   law that pertains directly to the laws we have asserted that were violated by the

12   defendants.   While writing an appealable finding of facts and conclusion of law please

13   refer directly to the criminal codes we have cited herein and the following laws: RCW

14   9.01.120 Civil Remedies preserved, RCW 4.04.010 Extent to which common law prevails,

15   RCW 9A.04.060 Common law to supplement statute, RCW 2.48.210 Oath on Admission,

16   RCW 10.58.040 Intent to defraud, RCW 29A.84.630 Influencing voter to withhold vote,

17   RCW 29A.84.620 Hindering or bribing voter, RCW 9A.68.040 Trading in public office,

18   RCW 9A.68.020 Requesting unlawful compensation, RCW 9A.68.030 Receiving or

19   granting unlawful compensation, RCW 42.20.100 Failure of duty by public officer a

20   misdemeanor, RCW 9A.28.030 Criminal solicitation, RCW 9A.28.020 Criminal attempt,

21   RCW 9A.08.010 General requirements of culpability, RCW 9A.08.020 liability for conduct

22   of another – complicity, RCW 9A.36.070 Coercion, RCW 9A.56.120 Extortion in the first

23   degree, RCW 9A.04.110 Definitions, RCW 9A.40.020 Kidnapping in the first degree, RCW

24   9A.76.100 Compounding , RCW 9A.72.120 Tampering with a witness, RCW 9A.72.110

25   Intimidating a witness, RCW 9A.72.100 Bribe receiving by a witness, RCW 9.05.060

26   Criminal sabotage defined – penalty, RCW 9.05.030 Assemblages of saboteurs, RCW

27   9.81.020 Subversive activities made felony- penalty, RCW 9.81.083 Communist party

28   declared a subversive organization, RCW 9A.82.060 Leading organized crime, RCW

29   9A.82.100 Remedies and procedures, RCW 2.28.030 Judicial Officer defined- when

1   disqualified,  RCW 42.17A.480 Solicitation of endorsement fees, RCW 42.17A.750 Civil

2   remedies and sanctions – referral for criminal prosecution,  18 USC section 2384

3   Seditious Conspiracy, 18 USC section 2382 Misprision of treason, 18 USC section 2383

4   rebellion or insurrection, 28 USC section 1443 Civil Rights cases, 28 USC section 1861

5   Declaration of policy.

6   Dated this 27th day of May, 2021          By_____

7                                                          James J. O'Hagan, For the Pacific County Tea Party

8                                                          All rights & Protections Reserved

9

10                        Certificate of Service

11          I James J. O'Hagan swear I mailed and or emailed true and correct copies of this

12   document with exhibits onto the forgoing identified individuals.

13

14   Paul M. Crisalli

15   800 Fifth Avenue Suite 2000

16   Seattle WA 98104-3188

17    ( ATG @ atg.wa.gov)

18

19

20

21

22

23

24

25

26

27